FARMERS AND TRADERS NATIONAL BANK *v.* WILLIS, Judge.

SIMMONS, C. J. This court has no jurisdiction to hear and determine a writ of error unless sued out within the time allowed by the Civil Code, § 5539; nor is it in its power to compel the trial judge to sign a bill of exceptions tendered him after the expiration of the time prescribed by law, unless the judge be absent from home, or by other casuality fails to certify the bill (Civil Code, § 5542), even though it appear that it was not tendered within the proper time because of the illness and death of counsel for the plaintiff in error, a non-resident corporation; no exception being made in the statute for such cause. See 7 Enc. Pl. & Pr. 875; 2 Cyc. 803.

*Mandamus nisi denied. All the Justices concur.*

Submitted February 27, — Decided March 24, 1905.

The Farmers and Traders Bank applied to the Supreme Court for mandamus to compel the judge of the city court of Columbus to certify a bill of exceptions. The following facts appeared from the petition: The judgment complained of in the bill of exceptions was rendered December 16, 1904. The bank instructed its attorney, Edgar D. Burts, to sue out a bill of exceptions. He became seriously ill on December 24, and was never able to attend to business thereafter. He died on January 13, 1905. The bank's domicile is in the State of Kentucky, he was its sole counsel, and it knew nothing of his death or illness until the last day of January. It then took steps to engage counsel to present its bill of exceptions. An attorney with whom it had some correspondence in regard to the matter declined to sue out a bill of exceptions, and it afterwards employed Little & Battle, who, as its attorneys, under instructions received February 19, tendered to the judge, on February 20, a bill of exceptions reciting these facts. The judge stated that he did not controvert the facts recited; but that he declined to certify the bill of exceptions, because he had no authority to do so, the paper not having been presented within the time prescribed by law.

*Little & Battle,* for movant.